Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise marked "D" consists of dice the same in all material respects as those the subject of Abstract 64186, the first claim of the plaintiff was sustained.   The items marked "A," stipulated to consists of dish mops similar to those the subject of Abstract 64603, were held dutiable, as claimed, at 20 percent under paragraph 923, as modified, *supra*.

BEFORE THE SECOND DIVISION, APRIL 4, 1961

**No. 65392.**—D. P. Harris Hdw. & Mfg. Co., Inc. *v.* United States, protest 287122–K (Detroit).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65393.**—Hercules Div. of the Cleveland Welding Co. *v.* United States, protest 290047–K (Charleston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65394.—Joannau Cycle Co., Inc., et al. *v.* United States, protests 59/19060, etc. (Tampa).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65395.—American Machine & Fdry. (Hercules Division) et al. *v.* United States, protests 60/12340, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65396.—Raleigh Industries of America, Inc., and C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protests 60/22093 and 60/22094 (Buffalo).